**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-7076

GREGORY MARSHALL,

Plaintiff - Appellant,

v.

MR. JAMES TICHNELL, Case Management Manager WCI; PETERS,
Detective, Sergeant, Crimes Unit Investigator, Internal
Investigation Unit,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Roger  W.  Titus,  District  Judge.
(8:12-cv-01518-RWT)

Submitted:  October 30, 2012      Decided:  January 16, 2013

Before KING, FLOYD, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Gregory Marshall, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Marshall appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(g) (2006). We have reviewed the record and find that this appeal is without merit. Accordingly, we dismiss the appeal for the reasons stated by the district court. Marshall v. Tichnell, No. 8:12-cv-01518-RWT (D. Md. May 31, 2012). We deny the motions for appointment of counsel, to proceed under the Prison Litigation Reform Act without prepayment of fees, for leave to file lengthy brief, and for emergency declaration for entry of default judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED